IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR ENGLEBERT, et al.** | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 14-cv-2062 |
| | : | |
| **MCGRAW-HILL GLOBAL EDUCATION HOLDINGS LLC, and MCGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC,** | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 8th day of July, 2014, upon consideration of the plaintiffs' motion to stay (Doc. No. 17) and the defendants' response thereto (Doc. No. 18) and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**.

The instant action, including all discovery and motion practice, is **STAYED**. Within 14 days of entry of an Order on Plaintiffs' Motion to Intervene in <u>Viesti Associates Inc. v. McGraw-Hill Global Education Holdings LLC et al.</u>, D. Colo., Case No. 12-cv-00668, the parties are ordered to submit a joint status statement to the Court.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.